UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. FAITH S. HOCHBERG |
| v. : | Criminal No. 08-858 |
| : | ORDER FOR CONTINUANCE |
| OMAR RIVERA-FUENTES : a/k/a "Martel Ramos-Contreras" : | |

This matter having been opened to the Court by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Sharon Ashe, Assistant U.S. Attorney, appearing), and defendant Omar Rivera-Fuentes, a/k/a "Martel Ramos-Contreras" (Donna R. Newman, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty days, from May 31, 2009 through July 30, 2009; the defendant being aware that he has the right to have this matter heard before a jury within seventy (70) days of his arraignment; and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 3d day of June, 2009,

ORDERED that the proceedings in the above-captioned matter are continued for the sixty (60) day period from May 31, 2009 through July 30, 2009; and

IT IS FURTHER ORDERED that the period between May 31, 2009 through July 30, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. FAITH S. HOCHBERG
United States District Judge

I hereby consent to the form and entry of this order

*Further Ordered defense motions due July 13, 2009; Opposition due July 27, 2009; Motion hearing to be set.*

Donna R. Newman
(Attorney for Omar Rivera-Fuentes,
a/k/a "Martel Ramos-Contreras")

Sharon Ashe, AUSA