

## BUTTERMORE NEWMAN DELANNEY & FOLTZ, LLP
### ATTORNEYS AT LAW

TRAND J. DELANNEY[1]
ANA D. DELANNEY[1]
ID B. FOLTZ[1,2]
NNA R. NEWMAN[1,2]

February 17, 2010

COUNSEL:
ANT M. BUTTERMORE[2]
IN M. DYER[1,4]

REPLY TO:
☐ 445 EAST BROAD STREET
PO BOX 2189
WESTFIELD, NJ 07091-2189
TEL: (908) 232-0292
FAX: (908) 232-3277

111 BROADWAY
SUITE 1805
NEW YORK, NY 10006
TEL: (212) 229-1516
FAX: (212) 676-7497

☐ 105 HAWK COURT
MILFORD, PA 18337
TEL: (570) 296-2420
FAX: (570) 296-4247

**VIA ECF AND FIRST CLASS MAIL**

Honorable Faith S. Hochberg
United States District Judge
for the District of New Jersey
U.S. Post Office and Courthouse
50 Walnut Street, P. O Box 999
Newark, New Jersey 07101-0999

Re:  United States v. Rivera-Fuentes
     Criminal No. 2:08-CR-00858(FSH)

Dear Judge Hochberg:

My client, Omar Rivera-Fuentes is scheduled to be sentenced by Your Honor on February 24, 2010 at 11:00 a.m. I write to request a one (1) month adjournment. This request is made in light of the fact that due to Probation Officer Karl Wallace's illness, I just recently received Mr. Rivera-Fuentes' Presentence Report ("PSR"). I am reviewing the PSR with Mr. Rivera-Fuentes' today. To allow defense time to draft any objections/corrections to the report, and to write a comprehensive sentencing memorandum we respectfully request that this matter be adjourned to the week of March 22, 2010.

Respectfully submitted,

Donna R. Newman /ad

Donna R. Newman
DRN/ad
cc:   AUSA Sharon Ashe, Esq.-via ECF
      Omar Rivera-Fuentes-via 1st class mail

*Request granted. Sentencing rescheduled for Wednesday, March 24, 2010 at 11:00 A.M.*

*SO ORDERED.*

*Faith S. Hochberg, U.S.D.J.*
*2/19/10*

www.BNDF.net

Associate member of the Parlex Group of European Lawyers.
Parlex Group associates in: Barcelona/Madrid, Brussels, Copenhagen, Dublin, Edinburgh, Freiburg, Graz, Istanbul, London, Luxembourg, Nicosia, Oslo, Paris, Prague, Reykjavik, Rotterdam, Shanghai, Stockholm, Thessaloniki, Turin/Milan/Rome, Warsaw, Zurich.